IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES FITZPATRICK, #S09536, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WILLS, and OFFICER KERN, <br><br> Defendants. | Case No. 22-cv-01944-SPM |

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Defendant Officer Kern executed and returned the waiver of service, and the Answer to the Complaint was due November 27, 2023. (Doc. 27). As of this date, Defendant has failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Kern in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendant Kern on or before **January 8, 2024,** in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendants Wills and Kern.

**IT IS SO ORDERED.**

**DATED: December 7, 2023**

                                                          *s/Stephen P. McGlynn*
                                                         **STEPHEN P. MCGLYNN**
                                                         **United States District Judge**